ALBERT L. WOARMS et al., Respondents, *v.* GEORGE BECKER, Appellant.

*Woarms* v. *Becker*, 84 App. Div. 491, appeal withdrawn.
(Argued May 31, 1904; decided June 7, 1904.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1903, which reversed a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial and granted a new trial.

The motion was made upon the ground that the reversal by the Appellate Division was upon questions of fact as well as of law and, therefore, not reviewable by the Court of Appeals.

*J. Newton Fiero* for motion.

*Eugene Treadwell* opposed.

Motion granted upon the condition that the appellant pay the taxable costs of the appeal in this court including an argument fee and ten dollars costs of opposing this motion.